**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ISRAEL GARCIA, JR.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Case No. 3:17-cv-01944-B** |
| **v.** | § | |
| | § | |
| **CAPIO PARTNERS, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## <u>NOTICE OF PENDING SETTLEMENT</u>

Defendant, Capio Partners, LLC ("Capio"), by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that Capio and Plaintiff have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, Capio and Plaintiff will file the appropriate dismissal documents with the Court.

Respectfully Submitted,

/s/ Whitney L. White
Whitney L. White
TX Bar No. 24075269
Sessions, Fishman, Nathan & Israel, LLC
900 Jackson Street, Suite 440
Dallas, TX  75202-4473
Telephone: (214) 741-3001
Facsimile: (214) 741-3055
E-mail: wwhite@sessions.legal

*Attorney for Defendant,*
*Capio Partners, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on September 7, 2017, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Northern District of Texas and served via CM/ECF upon the following:

Israel Garcia, Jr.
115 Evening Star Circle
Red Oak, TX 75154
Telephone: (972) 816-6374
E-mail: igarcia75115@yahoo.com
*Pro Se Plaintiff*

/s/ Whitney L. White
Whitney L. White