# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **ISRAEL GARCIA, JR.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | **Case No. 3:17-cv-1944-B** |
| v. | § | |
| | § | |
| **CAPIO PARTNERS, LLC,** | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff, Israel Garcia, Jr., and defendant, Capio Partners, LLC, hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, with prejudice, and with each side to bear its own costs and attorneys' fees.

Dated: September 25, 2017

/s/ Israel Garcia, Jr.
Israel Garcia, Jr.
115 Evening Star Circle
Red Oak, TX 75154
Telephone: (972) 816-6374
E-mail: igarcia75115@yahoo.com

*Pro Se Plaintiff*

/s/ Whitney L. White
Whitney L. White
TX Bar No. 24075269
Sessions, Fishman, Nathan & Israel, LLC
900 Jackson Street, Suite 440
Dallas, TX 75202
Telephone: (214) 741-3001
Facsimile: (214) 741-3055
E-mail: wwhite@sessions.legal

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that on September 25, 2017, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Northern District of Texas and served via CM/ECF upon the following:

Israel Garcia, Jr.
115 Evening Star Circle
Red Oak, TX 75154
Telephone: (972) 816-6374
E-mail: igarcia75115@yahoo.com
*Pro Se Plaintiff*

/s/ Whitney L. White
Whitney L. White